**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SVETLANA NARBAEVA**,<br><br>           Plaintiff,<br><br>     v.<br><br>**FREMONT HOSPITAL / UHS INC.**,<br><br>           Defendant. | Case No.  4:19-cv-07798-YGR<br><br>**ORDER: (1) UNSEALING CASE; (2) PROVISIONALLY SEALING PRIOR DOCKET ENTRIES; AND (3) REQUIRING SERVICE ON DEFENDANT**<br><br>Re: Dkt. No. 26 |

The Court has reviewed the docket in this matter, including the responses sent by plaintiff in response to the Order to Show Cause.  (*See* Dkt. Nos. 35, 36, 37, and 38.)  In light of the responses therein, the Court **HEREBY ORDERS** as follows:

- The Clerk of the Court is directed to **UNSEAL** this matter;
- The Clerk of the Court is directed to **PROVISIONALLY SEAL** all docket entries prior to this Order, which shall only be accessible to the parties in this matter; and
- Plaintiff is **ORDERED** to serve both defendant and its counsel this Order (*see* Dkt. No. 35 at 6 (providing correspondence from Scott D. Bucholz of Dummit, Bucholz & Trapp)), as well as the complaint and summons in this matter.  Plaintiff is to serve the defendant and the lawyer with the order so that they can make an appearance in this matter. Plaintiff shall file proof of service on or before **November 30, 2020**.

Once defendant's counsel has made an appearance in this action, the Court will determine how to proceed, including whether the complaint needs to be amended to add a pseudonym.

**IT IS SO ORDERED.**

Dated: November  6, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**