**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SVETLANA NARBAEVA**, <br><br> Plaintiff, <br><br> vs. <br><br> **FREMONT HOSPITAL / UHS INC.**, <br><br> Defendant. | Case No.: 4:19-cv-07798-YGR <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

*Pro se* plaintiff Narbaeva filed the present lawsuit over a year ago on November 20, 2019. Ms. Narbaeva has not yet filed valid proof of service. By Order dated November 6, 2020 (Dkt. No. 39), Ms. Narbaeva was directed to file, no later than November 30, 2020, proof of service of the complaint, summons, and that same Order at Docket Number 39 on defendant Fremont Hospital / UHS Inc. and on defendants' counsel. Ms. Narbaeva did not respond to that Order. By Order dated December 11, 2020 (Dkt. No. 40), Ms. Narbaeva was thereafter advised that she would need to comply with the Court's prior order by January 4, 2021 or the case would be dismissed for lack of prosecution. To date, Ms. Narbaeva has not filed any responsive submissions, nor has she made any filings on the docket since September 25, 2020.

Therefore, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: January 19, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**